

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00167-CV

IN THE INTEREST OF K.C. AND N.T., CHILDREN

§    On Appeal from the 158th District Court

§    of Denton County (18-9648-158)

§    November 3, 2022

§    Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that the trial court's judgment should be vacated as void. We dismiss the Department's suit without prejudice to refiling and without prejudice to the trial court's rendering a new emergency order under Family Code Section 262.102.

.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth